# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREVA EDWARDS AND CHRISTINE EDWARDS | Crim. No. 25-00266<br><br>NOTICE OF APPEARANCE |

    PLEASE TAKE NOTICE that Alina Habba, United States Attorney for the District of New Jersey, by Susan Millenky, Assistant U.S. Attorney (susan.millenky@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

                                                ALINA HABBA
                                                UNITED STATES ATTORNEY

                                                *s/Susan Millenky*
                        By:    Susan Millenky
                               Assistant U.S. Attorney

Dated:  May 8, 2025