AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:25-cr-00266-MCA |
| Treva Edwards et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the United States.

Date: 05/12/2025

Francisco Zornosa
*Attorney's signature*

Francisco Zornosa, NY Bar ID 5477245
*Printed name and bar number*
150 M Street NE
Washington, DC 20002

*Address*

francisco.zornosa@usdoj.gov
*E-mail address*

(202) 598-0112
*Telephone number*

*FAX number*