# DUNNE, DUNNE & COHEN, LLC

*Attorneys at Law*

www.dunnecohen.com

| | |
|---|---|
| FREDERICK R. DUNNE, JR.* <br> fdunne@dunnecohen.com | 221 River Street, 9th Floor <br> Hoboken, New Jersey 07030 <br> Office: (201) 998-2727 <br> **BY APPOINTMENT ONLY** |
| F.R. "CHIP" DUNNE, III ** <br> chip@dunnecohen.com | 304 Lincoln Avenue <br> Avon By The Sea, New Jersey 07717 <br> Office: (732) 955-0337 <br> **BY APPOINTMENT ONLY** |
| LEONARD B. COHEN ♦ <br> lcohen@dunnecohen.com | |
| MARY PAT KERRIGAN ♦ <br> mkerrigan@dunnecohen.com | 104 West 40th Street Bryant Park <br> Suite 400 and 500 <br> New York, NY 10018 <br> Office: (201) 998-2727 <br> **BY APPOINTMENT ONLY** |

\* Member of the NJ & NY Bars
\*\* Members of the NJ, NY & CA Bars
♦ Member of the NJ Bar

683 Kearny Avenue
Kearny, New Jersey 07032
Office: (201) 998-2727
Fax: (201) 997-4860
**ALL REPLY & DELIVERIES TO KEARNY**

May 28, 2025

**Via PACER:**
Honorable Madeline Cox Arleo, J.S.C
United States District Court
Martin Luther King Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

**Re: USA v. Treva Edwards and Christine Edwards**
**Crim No.: 25-266**

Dear Judge Cox Arleo,

     As Your Honor may be aware, this office represents the Defendant, Christine Edwards, in connection with the above-captioned matter. I am writing to respectfully request that the court schedule a bail hearing for my client, Christine Edwards, who is currently in custody. In support of this request, we have submitted a Proposed Third Party/Cosigner Form for the court's consideration. Ms. Edwards is committed to complying with all court requirements. We respectfully request that a hearing be set at the earliest possible date to allow the court to evaluate a reasonable bail arrangement and the suitability of the proposed cosigner.

     Thank you for your time and attention.

Respectfully Submitted,
Dunne, Dunne & Cohen, LLC

*Chip Dunne*

F. R. "Chip" Dunne, III, Esq.

CD/mc