Rahul Agarwal
FRIEDMAN KAPLAN SEILER
 ADELMAN & ROBBINS LLP
One Gateway Center, 25th Floor
Newark, NJ 07102-5311
(973) 877-6400
NJ Bar #365832024
ragarwal@fklaw.com
*Attorneys for Defendant Treva Edwards*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | : | |
| | : | |
| | : | Crim. No. 25-cr-00266-MCA |
| v. | : | |
| | : | |
| TREVA EDWARDS, | : | |
|  a/k/a "Prophet Treva," | : | |
|  a/k/a "Pastor Treva," and | : | |
| CHRSTINE EDWARDS, | : | |
|  a/k/a "Pastor Christine" | : | |
| | : | |

## SUBSTITUTION OF COUNSEL

The undersigned hereby consents to the substitution of Rahul Agarwal as counsel for Defendant Treva Edwards in the above-captioned matter.

Dated: May 30, 2025

**OFFICE OF THE FEDERAL DEFENDER**
 *Withdrawing Attorney*

 /s/ Michael Alexander Thomas

**FRIEDMAN KAPLAN SEILER**
 **ADELMAN & ROBBINS LLP**
 *Superseding Attorney*

 /s/ Rahul Agarwal

4900-6711-2264.1