# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>CHRISTINE EDWARDS<br>*Defendant* | MAGISTRATE JUDGE: Magistrate Judge André M. Espinosa<br>CASE NO. 25-cr-266- 2<br>DATE OF PROCEEDINGS: 6/9/2025<br>DATE OF ARREST: 5/8/2025 |

**PROCEEDINGS:** Bail Hearing

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] WAIVER OF COUNSEL
- [ ] APPT. OF COUNSEL: [ ] AFPD  [ ] CJA
- [ ] WAIVER OF HRG: [ ] PRELIM  [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY  [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED  [ ] FINANCIAL COLLOQUY
- [ ] Brady Order read on the record
- [✓] Argument held on the record

- [ ] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [✓] BAIL SET: $100,000.00
  - [✓] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [✓] TRAVEL RESTRICTED
- [✓] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [✓] MENTAL HEALTH TESTING AND/OR TREATMENT
- [✓] SURRENDER AND/OR OBTAIN NO PASSPORT
- [✓] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.
- [ ] DETENTION/BAIL HRG.
- [ ] TRIAL: [ ] COURT  [ ] JURY
- [ ] SENTENCING
- [ ] OTHER:

DATE: ___
DATE: ___
DATE: ___
DATE: ___
DATE: ___

**APPEARANCES:**

AUSA: SUSAN R. MILLENKY, and FRANCISCO ZORNOSA
DEFT. COUNSEL: F.R. Chip Dunne
PO/PTS: Laron Day and Kristen McKeown
INTERPRETER: ___
Language: ___

- The Court grants Defendant Permission to communicate with husband/coconspirator limited to personal family matters only.
- Defendant shall report to the Southern District of Florida PTS, by Wednesday morning June 11, 2025.

TIME COMMENCED: 12:33 PM
TIME TERMINATED: 1:14 PM
CD NO: ECR

Joel De La Cruz
DEPUTY CLERK