WANDA M. AKIN & ASSOCIATES
One Gateway Center, Suite 2600
Newark, New Jersey 07102
Phone: (973) 623-6834
Fax:    (973) 735-2695
Cell:   (973) 222-5646
Attorneys for Defendant, Christine Edwards
wakin@akinlegal.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. No.:  25-266 (MCA) |
| vs. | **SUBSTITUTION OF ATTORNEY** |
| CHRISTINE EDWARDS, a/k/a "Pastor Christine"             Defendant. | |

The undersigned hereby consent to the substitution of WANDA M. AKIN, ESQ., as the attorney for Defendant, Christine Edwards, in the above captioned matter.

June 9, 2025
Dated    _____

FREDERICK RICHARD DUNNE III, ESQ.          WANDA M. AKIN & ASSOCIATES

Withdrawing Attorney                        Superseding Attorney


s/ Frederick Richard Dunne, III
_____          _____
Frederick Richard Dunne III                          Wanda M. Akin