# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TREVA EDWARDS AND CHRISTINE EDWARDS | Crim. No. 25-0266<br><br>SCHEDULING ORDER |

This matter having come before the Court for arraignment; and the United States being represented by Alina Habba, United States Attorney for the District of New Jersey (by Trevor A. Chenoweth and Susan Millenky, Assistant U.S. Attorneys, appearing); and the Defendant Treva Edwards being represented by Rahul Agarwal, Esq. and the Defendant Christine Edwards being represented by Wanda M. Akin, Esq.; and the parties having met and conferred and having determined that this matter may be treated as a criminal case that does not require extensive discovery within the meaning of paragraph three of this Court's Standing Order for Criminal Trial Scheduling and Discovery (the "Standing Order"); and the parties having agreed on a schedule for the exchange of discovery and the filing and argument of pretrial motions; and the Court having accepted such schedule, and for good cause shown,

It is on this  1st  day of   July   , 2025, ORDERED that:

1. The Government shall provide an initial production of discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before June 9, 2025, and all discovery required by Federal Rule of Criminal Procedure 16(a)(1) provided on a rolling basis on or before July 25, 2025;

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny, on a rolling basis, with all material produced on or before July 25, 2025. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The defendant shall provide any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before August 25, 2025.

4. The Defendant shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) on or before August 25, 2025.

5. The following shall be the schedule for pretrial motions in this matter:

   a. Any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, shall be filed on or before October 3, 2025.

   b. Responses to the pretrial motions shall be filed on or before October 31, 2025.

   c. Replies shall be filed on or before November 14, 2025.

   d. Oral argument on pretrial motions shall be held on a date to be set by the Court.

6. Pursuant to paragraph 17 of the Standing Order, the Court will, in consultation with the parties, schedule a final pretrial conference following the disposition of pretrial motions. In advance of said conference, the parties shall advise the Court whether the case should be set for trial. If the parties so advise, the Court

- 3 -

will set a schedule for trial, which pursuant to paragraph 21 of the Standing Order shall be no earlier than 45 days following the final pretrial conference unless the parties agree that a shorter period of time is reasonable in the circumstances of the case.

_____
HON. MADELINE COX ARLEO
UNITED STATES DISTRICT JUDGE